# MANDATE

S.D.N.Y. – W.P.
22-cv-9715
Roman, J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of October, two thousand twenty-four.

Present:
    Dennis Jacobs,
    Sarah A. L. Merriam,
        *Circuit Judges*,
    Lawrence J. Vilardo,
        *District Judge*.*

Jianqiao Lu,

        *Plaintiff-Appellant*,

v.                                                                                                                                       24-1283

Miriam Rocah, in her official capacity as District Attorney for Westchester County, et al.,

        *Defendants-Appellees*.

Appellant, proceeding pro se, moves for a certificate of appealability, in forma pauperis status, appointment of counsel, to expedite the appeal, and to take judicial notice of state court documents in his appeal from the denial of his 28 U.S.C. § 2241 petition.

As the District Court correctly found, Lu has not exhausted his available state court remedies. Furthermore, because the state court proceedings are ongoing, abstention is appropriate under *Younger v. Harris*, 401 U.S. 37 (1971).

Accordingly, upon due consideration, it is hereby ORDERED that the COA motion is DENIED

---

* Judge Lawrence J. Vilardo, of the United States District Court for the Western District of New York, sitting by designation.

and the appeal is DISMISSED because Appellant has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Appellant's remaining motions are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit